UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN TILLMAN,

                Petitioner,

v.

STATE OF WASHINGTON,

                Respondent.

CASE NO. C15-1981-RSL

ORDER DENYING PETITIONER'S HABEAS PETITION WITHOUT PREJUDICE

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, without prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability, and

(4) The Clerk is directed to send copies of this Order to petitioner, and to Judge Theiler.

DATED this 3rd day of February, 2016.

                                    /s/ Robert S. Lasnik
                                    Robert S. Lasnik
                                    United States District Judge